# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

RODERICK DOUGLAS BOOKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0152

————————————————

July 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Padar, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.